UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KRANTZ,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>HSBC SECURITIES (USA) INC.,<br><br>　　　　　　Defendants. | No. 23-CV-8059 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The parties are informed that Cahill Gordon & Reindel, where my husband was a partner but no longer is, represents HSBC in certain corporate matter that he did not and does not work on.

**SO ORDERED.**

Dated:　　September 18, 2023
　　　　　New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge