UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KRANTZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HSBC SECURITIES (USA) INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:23-cv-08059-LAP<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant HSBC Securities (USA) Inc., through its undersigned counsel, states that it is wholly owned by HSBC Markets (USA) Inc. Upon information and belief, no publicly traded company owns more than 10% of the stock of HSBC Markets (USA) Inc., or any entity that might be considered an indirect parent.

　　　　　　　　　　　　　　　　　　　　　　**K&L GATES LLP**
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　HSBC Securities (USA) Inc.

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Vincent N. Avallone
　　　　　　　　　　　　　　　　　　　　　　VINCENT N. AVALLONE

　　　　　　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　(212) 536-3900
　　　　　　　　　　　　　　　　　　　　　　-and-
　　　　　　　　　　　　　　　　　　　　　　One Newark Center – 10th Floor
　　　　　　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　　　　　　Telephone (973) 848-4000
　　　　　　　　　　　　　　　　　　　　　　Fax (973) 848-4001
Dated:  November 14, 2023　　　　　　　　　vincent.avallone@klgates.com

1